UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG R. JALBERT, a Massachusetts citizen, as Trustee of the Vernon Tort Claims Trust,<br><br>Plaintiff,<br><br>v.<br><br>XL INSURANCE AMERICA, INC.; ST. PAUL FIRE AND MARINE INSURANCE COMPANY; ACE PROPERTY AND CASUALTY INSURANCE COMPANY; ACE AMERICAN INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY; AMERICAN ZURICH INSURANCE COMPANY; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK; AMERICAN HOME ASSURANCE COMPANY; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Defendants. | Case No. CV 17-07167-GW(KSx)<br><br>**JUDGMENT IN DEFENDANT GREAT AMERICAN INSURANCE COMPANY OF NEW YORK'S FAVOR ON PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF**<br><br>Date:   July 16, 2018<br>Time:   8:30 a.m.<br>Judge:  George H. Wu<br><br>Complaint Filed: September 28, 2017<br>Trial Date: None Set |
| AND ALL RELATED ACTIONS | |

| | |
|---|---|
| 1 | Defendant Great American Insurance Company of New York's ("Great |
| 2 | American") Motion for Summary Judgment Regarding the Pollution Exclusions' |
| 3 | Waste Provisions and supplemental briefing as to the claims asserted against it in |
| 4 | Counts I, II, and III of the Complaint for Declaratory Relief [Dkt. No. 1] (the |
| 5 | "Complaint") filed by plaintiff Craig R. Jalbert as Trustee of the Vernon Tort Trust |
| 6 | (the "Plaintiff") was heard by this court on June 7, 2018 and July 16, 2018. The |
| 7 | Court, having carefully considered the Motion, as well as all documents filed in |
| 8 | support of and in opposition to the Motion and oral argument, finds that there are |
| 9 | no issues of material fact and that Great American is entitled to judgment as a |
| 10 | matter of law in its favor on the Plaintiff's Complaint. |
| 11 | Therefore, IT IS HEREBY ORDERED that the Motion is GRANTED with |
| 12 | respect to Great American. IT IS HEREBY ADJUDGED AND DECLARED that |
| 13 | the pollution exclusions incorporated into the policies issued by Great American, |
| 14 | identified in paragraph 46 of the Complaint, bar coverage for the claims asserted |
| 15 | against Exide Corporation and its successor Exide Technologies ("Exide") by the |
| 16 | Plaintiff in the litigation styled *Alan Salvador Aguirre, et al. v. Exide Technologies,* |
| 17 | *Inc., et al.*, Los Angeles County Superior Court, Consolidated Action Case No. |
| 18 | 567401 (the "Vernon Litigation") in its entirety. Great American has no duty to |
| 19 | defend or indemnify Exide with respect to the Vernon Litigation. Great American |
| 20 | shall recover its costs incurred herein. |

IT SO ORDERED.

Dated: July 30, 2018

GEORGE H. WU,
United State District Judge