UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG R. JALBERT, a Massachusetts citizen, as Trustee of the Vernon Tort Claims Trust,<br><br>Plaintiff,<br><br>v.<br><br>XL INSURANCE AMERICA, INC.; ST. PAUL FIRE AND MARINE INSURANCE COMPANY; ACE PROPERTY AND CASUALTY INSURANCE COMPANY; ACE AMERICAN INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY; AMERICAN ZURICH INSURANCE COMPANY; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK; AMERICAN HOME ASSURANCE COMPANY; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS | Case No. CV 17-7167-GW(KSx)<br><br>**JUDGMENT IN DEFENDANT AMERICAN HOME ASSURANCE COMPANY AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.'S FAVOR ON PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF**<br><br>Date: July 16, 2018<br>Time: 8:30 a.m.<br>Judge: George H. Wu<br><br>Complaint Filed: September 28, 2017<br>Trial Date: None Set |

| | |
|---|---|
| 1 | Defendant AMERICAN HOME ASSURANCE COMPANY ("American |
| 2 | Home") and NATIONAL UNION FIRE INSURANCE COMPANY OF |
| 3 | PITTSBURGH, PA. ("National Union") jointly filed Defendants' Phase One |
| 4 | Motion For Summary Judgment Or Partial Summary Judgment Regarding Pollution |
| 5 | Exclusions' Waste Provisions [Dkt. No. 53] and supplemental briefing as to the |
| 6 | claims asserted against it in Counts I, II, and III of the Complaint for Declaratory |
| 7 | Relief [Dkt. No. 1] (the "Complaint") filed by plaintiff Craig R. Jalbert as Trustee |
| 8 | of the Vernon Tort Trust (the "Plaintiff") (the "Motion"). Arguments on the |
| 9 | Motion were heard by this court on June 7, 2018 and July 16, 2018. |
| 10 | The Court, having carefully considered the Motion, as well as all documents |
| 11 | filed in support of and in opposition to the Motion and oral argument, finds that |
| 12 | there are no issues of material fact and that American Home and National Union are |
| 13 | entitled to judgment as a matter of law in its favor on the Plaintiff's Complaint. |
| 14 | Therefore, IT IS HEREBY ORDERED that the Motion is GRANTED with |
| 15 | respect to American Home and National Union. IT IS HEREBY ADJUDGED |
| 16 | AND DECLARED that the pollution exclusions incorporated into the policies |
| 17 | issued by American Home and National Union, identified in paragraphs 45 and 47 |
| 18 | of the Complaint, bar coverage for the claims asserted against Exide Corporation |
| 19 | and its successor Exide Technologies ("Exide") by the Plaintiff in the litigation |
| 20 | styled *Alan Salvador Aguirre, et al. v. Exide Technologies, Inc., et al.*, Los Angeles |
| 21 | County Superior Court, Consolidated Action Case No. 567401 (the "Vernon |
| 22 | Litigation") in its entirety. American Home and National Union have no duty to |
| 23 | defend or indemnify Exide with respect to the Vernon Litigation. |
| 24 | American Home and National Union shall recover costs of suit in accordance |
| 25 | with a bill of costs filed within 15 days after entry of this judgment in accordance |
| 26 | with 28 U.S.C.A. § 1920 and Fed. R. Civ. P. 54(d)(1). |
| 27 | |
| 28 | |

IT SO ORDERED.

Dated: July 30, 2018

_____
GEORGE H. WU,
United State District Judge