Submitted by:
RONALD D. KENT, Bar No. 100717
ronald.kent@dentons.com
SUSAN M. WALKER, Bar No. 130748
susan.walker@dentons.com
DENTONS US LLP
601 S Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: 213.892.5039
Facsimile: 213.623.9924

Attorneys for Defendant
St. Paul Fire and Marine Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG R. JALBERT, a Massachusetts citizen, as Trustee of the Vernon Tort Claims Trust,<br><br>Plaintiff,<br><br>vs.<br><br>XL INSURANCE AMERICA, INC., a Delaware corporation, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. CV 17-7167-GW(JEMx)<br><br>**JUDGMENT IN DEFENDANT ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S FAVOR ON PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF**<br><br>DATE: June 4, 2018<br>TIME: 8:30 a.m.<br>PLACE: Ctrm 9D<br><br>Complaint Filed: September 28, 2017<br>Trial Date: None Set |

107161354\V-1

| | |
|---|---|
| 1 | Defendant St. Paul Fire and Marine Insurance Company's ("St. Paul") |
| 2 | Motion for Summary Judgment ("Motion") as to the claims asserted against it in |
| 3 | Counts I, II and III of the Complaint for Declaratory Relief (Dkt. #1) filed by |
| 4 | plaintiff Craig R. Jalbert, as Trustee of the Vernon Tort Trust (the "Trustee"), was |
| 5 | heard by this Court on June 4, 2018. The Court, having carefully considered St. |
| 6 | Paul's Motion, as well as all documents filed in support of and in opposition to that |
| 7 | Motion and the oral argument relating to that Motion, finds that there are no issues |
| 8 | of material fact and that St. Paul is entitled to judgment as a matter of law in its |
| 9 | favor on the Trustee's Complaint. |
| 10 | Therefore, IT IS HEREBY ORDERED that St. Paul's Motion is GRANTED. |
| 11 | IT IS HEREBY ADJUDGED AND DECLARED that the pollution exclusion |
| 12 | contained in the umbrella insurance policy issued by defendant XL Insurance |
| 13 | America, Inc. ("XL") for the policy period July 1, 2004 to July 1, 2005 ("2004 XL |
| 14 | Umbrella Policy"), identified in paragraph 37 of the Complaint, and incorporated in |
| 15 | the excess insurance policy that St. Paul issued for the same policy period (the "St. |
| 16 | Paul Excess Policy"), identified in paragraph 44 of the Complaint, bars coverage |
| 17 | for the claims asserted against Exide Corporation and its successor Exide |
| 18 | Technologies ("Exide") by the Trustee and the other plaintiffs in the litigation |
| 19 | styled *Alan Salvador Aguirre, et al. v. Exide Technologies, Inc., et al.*, Los Angeles |
| 20 | County Superior Court Consolidated Action Case No. 567401 (the "Vernon |
| 21 | Litigation") in its entirety. St. Paul has no duty to indemnify or defend Exide with |
| 22 | respect to the Vernon Litigation. St. Paul shall recover its costs incurred herein. |

Dated: August 13, 2018

_____
Honorable George H. Wu
United States District Judge