SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
 Randolph P. Sinnott, #107301
 rsinnott@spcclaw.com
550 S. Hope Street, Suite 2350
Los Angeles, CA 90071-2618
Tel: (213) 996-4200; Fax: (213) 892-8322

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
 Randy M. Marmor, #07474
 rmarmor@spcclaw.com
2000 Powell Street, Suite 830
Emeryville, California 94608
Tel: (415) 352-6200; Fax: (415) 352-6224

Attorneys for ZURICH AMERICAN INSURANCE COMPANY, AMERICAN ZURICH INSURANCE COMPANY, and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CRAIG R. JALBERT, a Massachusetts citizen, as Trustee of the Vernon Tort Claims Trust,<br><br>   Plaintiffs,<br><br>vs.<br><br>XL INSURANCE AMERICA, INC., a Delaware corporation; and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation: ACE PROPERTY AND CASUALTY INSURANCE COMPANY, a Pennsylvania corporation; ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; ZURICH INSURANCE COMPANY, a New York corporation; AMERICAN ZURICH INSURANCE | Case No. CV 17-7167-GW(JEMx)<br><br>**JUDGMENT IN FAVOR OF AMERICAN ZURICH INSURANCE COMPANY AND AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY ON PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF**<br><br>DATE: July 16, 2018<br>TIME: 8:30 a.m.<br>JUDGE: Hon. George H. Wu<br>    Courtroom, 9D<br><br>*Complaint Filed: September 28, 2017*<br>*Trial Date: None Set* |

COMPANY, an Illinois corporation;
AMERICAN GUARANTEE &
LIABILITY INSURANCE
COMPANY, a New York corporation;
GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK, a New
York corporation; AMERICAN HOME
INSURANCE COMPANY, a New
York corporation; and NATIONAL
UNION FIRE INSURANCE
COMPANY OF PITTSBURG, PA, a
Pennsylvania corporation,

      Defendants.

The motion of defendants American Zurich Insurance Company ("AZIC") and American Guarantee and Liability Insurance Company ("AGLIC") for Summary Judgment as to the claims asserted against them in Counts I, II, and III of the Complaint for Declaratory Relief (Dkt. #1) filed by Craig R. Jalbert, as Trustee of the VERNON TORT CLAIMS TRUST ("Plaintiff"), came on regularly for hearing on June 7, 2018 and July 16, 2018. The Court having reviewed all the pleadings, records and files in this matter, having reviewed the various motions for summary judgment that have been submitted by the parties, and having heard the arguments of the parties, finds that there is no triable issue of material fact and that AZIC and AGLIC are entitled to judgment as a matter of law in its favor on the Plaintiff's Complaint.

Therefore, IT IS HEREBY ODERED that AZIC's and AGLIC's motion is GRANTED. IT IS HEREBY ORDERED ADJUDGED AND DECLARED that the pollution exclusions contained and incorporated into the policies issued by AZIC and AGLIC, identified in paragraphs 40 and 41 of the Complaint and paragraph 4 of AZIC's COUNTERCLAIM, bars coverage for the claims asserted against Exide

Corporation and its successor Exide Technologies ("Exide") by the Plaintiff in the litigation styled *Alan Salvador Aguirre, et al. v. Exide Technologies, Inc., et al.,* Los Angeles County Superior Court, Consolidated Case Action No. 567401(the "Vernon Litigation") in its entirety. AZIC and AGLIC have no duty to defend or indemnify Exide with respect to the Vernon litigation. AZIC and AGLIC shall recover their costs incurred herein.

Dated: August 29, 2018

*/s/ George H. Wu*
Honorable George H. Wu
United States Disrict Judge