| 1 | SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC |
|---|---|
| | Randolph P. Sinnott, #107301 |
| 2 | rsinnott@spcclaw.com |
| | 550 S. Hope Street, Suite 2350 |
| 3 | Los Angeles, CA 90071-2618 |
| | Tel: (213) 996-4200; Fax: (213) 892-8322 |
| 4 | |
| | SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC |
| 5 | Randy M. Marmor, #07474 |
| | rmarmor@spcclaw.com |
| 6 | 2000 Powell Street, Suite 830 |
| | Emeryville, California 94608 |
| 7 | Tel: (415) 352-6200; Fax: (415) 352-6224 |

Attorneys for ZURICH AMERICAN INSURANCE COMPANY, AMERICAN ZURICH INSURANCE COMPANY, and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CRAIG R. JALBERT, a Massachusetts citizen, as Trustee of the Vernon Tort Claims Trust, <br><br> Plaintiffs, <br><br> vs. <br><br> XL INSURANCE AMERICA, INC., a Delaware corporation; and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation: ACE PROPERTY AND CASUALTY INSURANCE COMPANY, a Pennsylvania corporation; ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; ZURICH INSURANCE COMPANY, a New York corporation; AMERICAN ZURICH INSURANCE | Case No. CV 17-7167-GW(JEMx) <br><br> **JUDGMENT IN FAVOR OF ZURICH AMERICAN INSURANCE COMPANY ON PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF** <br><br> Date : December 20, 2018 <br> Time : 8:30 a.m. <br> Judge : Hon. George H. Wu <br> Courtroom, 9D <br><br> *Complaint Filed: September 28, 2017* <br> *Trial Date: None Set* |

COMPANY, an Illinois corporation;
AMERICAN GUARANTEE &
LIABILITY INSURANCE
COMPANY, a New York corporation;
GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK, a New
York corporation; AMERICAN HOME
INSURANCE COMPANY, a New
York corporation; and NATIONAL
UNION FIRE INSURANCE
COMPANY OF PITTSBURG, PA, a
Pennsylvania corporation,

Defendants.

The motion of defendant Zurich American Insurance Company ("ZAIC") for Summary Judgment as to the claims asserted against it in Counts I, II, and III of the Complaint for Declaratory Relief (Dkt. #1) filed by Craig R. Jalbert, as Trustee of the Vernon Tort Claims Trust ("Plaintiff"), came on regularly for hearing on December 20, 2018 at 8:30 a.m., in Department 9D. The Court having reviewed all the pleadings, records and files in this matter, having reviewed ZAIC's motion for summary judgment, and having heard the arguments of the parties, finds that there is no triable issue of material fact in this action and that ZAIC is entitled to judgment as a matter of law in its favor on the Plaintiff's Complaint.

Therefore, IT IS HEREBY ODERED that ZAIC's motion is GRANTED. IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that the pollution exclusions contained in the policies issued by ZAIC bar coverage for the claims asserted against Exide Corporation and its successor Exide Technologies ("Exide") by the Plaintiff in the litigation styled *Alan Salvador Aguirre, et al. v. Exide Technologies, Inc., et al.,* Los Angeles County Superior Court, Consolidated Case Action No. 567401(the "Vernon Litigation") in its entirety. ZAIC has no duty to

defend or indemnify Exide with respect to the Vernon litigation. ZAIC shall recover its costs incurred herein.

Dated: January 25, 2019

Honorable George H. Wu
United States Disrict Judge