UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG R. JALBERT, a Massachusetts citizen, as Trustee of the Vernon Tort Claims Trust,<br><br>Plaintiff,<br><br>v.<br><br>XL INSURANCE AMERICA, INC.; ST. PAUL FIRE AND MARINE INSURANCE COMPANY; ACE PROPERTY AND CASUALTY INSURANCE COMPANY; ACE AMERICAN INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY; AMERICAN ZURICH INSURANCE COMPANY; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK; AMERICAN HOME ASSURANCE COMPANY; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS | Case No. CV 17-7167-GW-KSx<br><br>**JUDGMENT IN XL INSURANCE AMERICA, INC.'S FAVOR ON PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF**<br><br>Complaint Filed: September 28, 2017<br>Trial Date: None Set |

36261937

Defendant/Counter-Claimant XL Insurance America, Inc.'s ("XL")[1] Phase One Motion for Summary Judgment Regarding the Pollution Exclusions' Waste Provisions [Dkt. No. 53] ("Phase One Motion") and supplemental briefing as to the claims asserted against it in Counts I, II, and III of the Complaint [Dkt. No. 1] (the "Complaint") filed by plaintiff Craig R. Jalbert as Trustee of the Vernon Tort (the "Plaintiff") in connection with the XL policies identified in <u>Chart A</u> below was heard by this Court on June 7, 2018 and July 16, 2018.  The Court, having carefully considered the Phase One Motion, as well as all documents filed in support of and in opposition to the Motion and oral argument, found that there were no issues of material fact and entered an order on July 30, 2018 granting XL's Phase One Motion [Dkt. No. 99].

Further, XL's Phase Two Motion for Summary Judgment [Dkt. No. 120] ("Phase Two Motion") as to the claims asserted against it in Counts I, II, and III of the Complaint in connection with the XL policies identified in <u>Chart B</u> below was heard by this Court on December 20, 2018.  The Court, having carefully considered the Phase Two Motion, as well as all documents filed in support of and in opposition to the Motion and oral argument, found that there were no issues of material fact and entered an order granting XL's Phase Two Motion [Dkt. No. 140].

Therefore, IT IS HEREBY ORDERED that XL's Phase One Motion and Phase Two Motion are GRANTED.  IT IS HEREBY ADJUDGED AND DECLARED that the pollution exclusions contained in or otherwise incorporated into the policies issued by XL, identified in Charts A and B below, as well as paragraphs 36-38 of the Complaint, bar coverage for the litigation styled *Alan Salvador Aguirre, et al. v. Exide Technologies, Inc., et al.*, Los Angeles Superior Court, Consolidated Action Case No. 567401 (the "Vernon Litigation") and all claims asserted therein.  Accordingly, XL has no duty to defend or indemnify Exide

---

[1] XL Insurance America, Inc. is the successor-in-interest to Winterthur International America Insurance Company.

Corporation, its successor Exide Technologies ("Exide"), or any other party with respect to the Vernon Litigation under any of the policies identified herein.

XL's counterclaim for declaratory relief is rendered moot by the Court's ruling on the Phase One Motion and Phase Two Motion and so is DISMISSED without prejudice.  XL shall recover its costs incurred herein.

| (Chart A) Phase One XL Policies ||
|---|---|
| **Variation One** | US00006428LI06A (2006 XL Umbrella Policy)<br>US00006428LI07A (2007 XL Umbrella Policy)<br>US00006428LI08A (2008 XL Umbrella Policy) |
| **Variation Two** | CU 005-00-27-02 (2002 XL Umbrella Policy)<br>US00006428LI03A (2003 XL Umbrella Policy)<br>US00006428LI04A (2004 XL Umbrella Policy)<br>US00006428LI05A (2005 XL Umbrella Policy) |
| **Variation Three** | US00034391LI11A (2011 XL Excess Policy)<br>US00034391LI12A (2012 XL Excess Policy)<br>US00034391LI13A (2013 XL Excess Policy) |

| (Chart B) Phase Two XL Policies ||
|---|---|
| **Variation Six** | GL-003-09-34-00 (2000 XL Commercial Lines Policy)<br>GL-003-09-34-01 (2001 XL Commercial Lines Policy)<br>GL-003-09-34-02 (2002 XL Commercial Lines Policy<br>US00006422LI03A (2003 XL Commercial Lines Policy) |
| **Variation Seven** | US00006422LI05A (2005 XL Commercial Lines Policy)<br>US00006422LI06A (2006 XL Commercial Lines Policy) |
| **Variation Eight** | US00006422LI04A (2004 XL Commercial Lines Policy) |
| **Variation Nine** | HFL004-29-38-01 (2001 XL Umbrella Policy) |

IT SO ORDERED.

Dated: January 25, 2019

_____
Hon. Judge George H. Wu
United State District Judge