JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG R. JALBERT, as Trustee of the Vernon Tort Claims Trust,<br><br>Plaintiff.<br><br>v.<br><br>XL INSURANCE AMERICA, INC.; ST. PAUL FIRE AND MARINE INSURANCE COMPANY; ACE PROPERTY AND CASUALTY INSURANCE COMPANY; ACE AMERICAN INSURANCE COMPANY; ZURICH INSURANCE COMPANY; AMERICAN ZURICH INSURANCE COMPANY; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK; AMERICAN HOME ASSURANCE COMPANY; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS | Case No. CV 17-7167-GW-KSx<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS ACE AMERICAN INSURANCE COMPANY AND ACE PROPERTY AND CASUALTY INSURANCE COMPANY ON PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF**<br><br>Complaint Filed: September 28, 2017<br>Trial Date: None Set |

-1-
[PROPOSED] JUDGMENT

Defendants ACE American Insurance Company ("AAIC") and ACE Property and Casualty Insurance Company's ("APC") joint Motion for Summary Judgment Regarding the Pollution Exclusions' Waste Provisions [Dkt. No. 53] and supplemental briefing as to all of the all of the APC policies alleged in paragraph 42 of Plaintiff Craig R. Jalbert as Trustee of the Vernon Tort Trust's ("Plaintiff") Complaint for Declaratory Relief [Dkt. No. 1] (the "Complaint") and all of the AAIC policies alleged in paragraph 43 of the Complaint, on Counts I, II and III of the Complaint, was heard by the Court on June 7 and July 16, 2018, and granted in favor of APC and AAIC as to all of the AAIC and APC policies alleged in the Complaint on July 30, 2018 [Dkt. No. 99].

Pursuant to the Order granting Summary Judgment [Dkt. No. 99],

**IT IS HEREBY ADJUDGED AND DECLARED** that the pollution exclusions included or incorporated into all of the APC policies alleged in paragraph 42 of the Complaint, and all of the AAIC policies alleged in paragraph 43 the Complaint, the only AAIC and APC policies alleged in the Complaint, bar coverage for the litigation styled, *Alan Salvador Aguirre, et al. v. Exide Technologies, Inc., et al.*, Los Angeles County Superior Court, Consolidated Action Case No. 567401 (the "Vernon Litigation") and all claims asserted therein. Accordingly, AAIC and APC have no duty to defend or indemnify Exide Corporation, its successor, Exide Technologies, or any other party with respect to the Vernon Litigation under the APC and AAIC policies alleged in the Complaint..

AAIC and APC shall recover their costs incurred herein.

**IT IS SO ORDERED.**

Dated: January 25, 2019 _____
Hon. Judge George H. Wu
United States District Judge